UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PERRY MACKALL,

          Plaintiff,

                                      Case Number 05-CV-10103
v.                                           Honorable David M. Lawson

R. SMITH, *et al.*,

          Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DISMISSING PLAINTIFF'S CLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

On April 19, 2005, the Court referred this case to United States Magistrate Judge Charles E. Binder for case management pursuant to 28 U.S.C. § 636(b). The magistrate judge issued his report on July 28, 2005, recommending that the plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt # 8] is **ADOPTED**.

It is further **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: August 17, 2005

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 17, 2005.

                                        s/Tracy A. Jacobs
                                        TRACY A. JACOBS